Loan Number

## ASSIGNMENT OF MORTGAGE

SEND ALL OTHER BORROWER OR LOAN RELATED CORRESPONDENCE TO: Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826, Toll-free Phone: (800) 365-7107

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR HOMEBRIDGE FINANCIAL SERVICES, INC. DBA REAL ESTATE MORTGAGE NETWORK, ITS SUCCESSORS AND ASSIGNS, (ASSIGNOR), (MERS Address: P.O. Box 2026, Flint, Michigan 48501-2026) by these presents does convey, grant, assign, transfer and set over the described Mortgage with all liens, and any rights due or to become due thereon to NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, WHOSE ADDRESS IS 1100 VIRGINIA DR STE 125, FORT WASHINGTON, PA 19034, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).

Said Mortgage is dated 09/22/2017, made by CHRISTOPHER JOSEPH PARE to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS MORTGAGEE, AS NOMINEE FOR HOMEBRIDGE FINANCIAL SERVICES, INC. DBA REAL ESTATE MORTGAGE NETWORK, ITS SUCCESSORS AND ASSIGNS and recorded on 09/26/2017 in Book 9695 and Page 232, in the office of the Recorder of ANDROSCOGGIN County, Maine.

IN WITNESS WHEREOF, this assignment was executed on 9/16/2022 (MM/DD/YYYY).
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR HOMEBRIDGE FINANCIAL SERVICES, INC. DBA REAL ESTATE MORTGAGE NETWORK, ITS SUCCESSORS AND ASSIGNS

By: _____
**Lauren Astle**
**VICE PRESIDENT**

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

STATE OF FLORIDA   COUNTY OF PINELLAS

The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] online notarization on 9/16/2022 (MM/DD/YYYY), by Lauren Astle as VICE PRESIDENT of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR HOMEBRIDGE FINANCIAL SERVICES, INC. DBA REAL ESTATE MORTGAGE NETWORK, ITS SUCCESSORS AND ASSIGNS, who, as such VICE PRESIDENT being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

Tanner Dickson
Notary Public - State of FLORIDA
Commission expires: 10/01/2024

TANNER DICKSON
NOTARY PUBLIC
STATE OF FLORIDA
COMM# HH 049515
EXPIRES: 10/01/2024

When Recorded Return To: Shellpoint Mortgage Servicing, C/O Nationwide Title Clearing, LLC 2100 Alt. 19 North, Palm Harbor, FL 34683
SPTDA       MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS) SHELLPOINT
MIN         MERS PHONE 1-888-679-6377 MERS Mailing Address: P.O. Box 2026, Flint, MI
48501-2026  DOCR T152209-09:33:36 [C-1] FRMME1

ANDROSCOGGIN COUNTY

REGISTER OF DEEDS


EXHIBIT D