Record & Return to:
Bendett & McHugh, P.C.
270 Farmington Avenue, Suite 151
Farmington, CT 06032
5732FC-202219740

## QUITCLAIM ASSIGNMENT

WHEREAS, HOMEBRIDGE FINANCIAL SERVICES, INC. is identified as the "Lender" on a certain mortgage executed by Christopher Joseph Pare, and bearing the date of the 9/22/2017 and recorded on 9/26/2017 in the Office of the Recorder of Androscoggin County, State of Maine in Book 9695 at Page 232 (hereinafter the "Mortgage");

WHEREAS, Mortgage Electronic Registration Systems, Inc. ("MERS") is designated the mortgagee in the Mortgage as the nominee of HOMEBRIDGE FINANCIAL SERVICES, INC. and its successors and assigns, and, upon recording of the Mortgage, became the mortgagee of record;

WHEREAS, HOMEBRIDGE FINANCIAL SERVICES, INC. wishes to convey and assign any and all rights it may have under the Mortgage to NEWREZ, LLC F/K/A New Penn Financial, LLC. D/B/A SHELLPOINT MORTGAGE SERVICING; and

WHEREAS this Quitclaim Assignment is not intended to and does not modify or assign any of the rights, title or interests that MERS has or had in the Mortgage.

Accordingly, HOMEBRIDGE FINANCIAL SERVICES, INC. hereby assigns and quit claims all of its rights, title and interests (whatever they may be, if any) in the Mortgage to NEWREZ, LLC F/K/A New Penn Financial, LLC. D/B/A SHELLPOINT MORTGAGE SERVICING.

**In Witness Whereof**, the Assignor has duly executed this instrument this _9th day of _December, 2022__

NewRez, LLC f/k/a New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing as attorney in fact for Homebridge Financial Services, Inc.
By: _TeAnna Paulsell_
Name: TeAnna Paulsell
Its Foreclosure Specialist
(Title)

STATE OF _Arizona
ss:
COUNTY OF Maricopa_

In Tempe, AZ, on the 9th day of December, 2022, before me personally appeared TeAnna Paulsell, the Foreclosure Specialist of NewRez, LLC f/k/a New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing as attorney in fact for Homebridge Financial Services, Inc., to me known and known by me to be the party executing the foregoing instrument, and he/she acknowledged said instrument by him/her executed to be his/her free act and deed, and the free act and deed of QUITCLAIM ASSIGNMENT.

CHRISTY NASH
Notary Public Arizona
Maricopa County
Commission # 560292
My Comm. Expires Apr 10, 2023

Notary Public
Printed Name: Christy Nash
My Commission Expires: 04/10/23

TINA M. CHOUINARD, REGISTER
ANDROSCOGGIN COUNTY MAINE E-RECORDED

EXHIBIT E